UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NATHAN GRIFFITH, ET AL | : | DOCKET NO. 09-00567 |
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY CO., ET AL | : | MAGISTRATE JUDGE KAY |

REPORT AND RECOMMENDATION

In a separately issued Memorandum Order, this court denied plaintiffs' Motion to Remand [doc 5] and determined that the named plaintiffs have not established a cause of action against named defendant Rick Fitts.

Because "[s]ummary judgment will always be appropriate in favor of a defendant against whom there is no possibility of recovery," *Carrier v. sears, Roebuck & Co.,* 893 F.2d 98, 102 (5th Cir. 1990), THE UNDERSIGNED RECOMMENDS THAT ALL CLAIMS AGAINST Rick Fitts be dismissed with prejudice.

**This Report and Reccomendation serves as notice of the possibility that the trial court may enter summary judgment against plaintiffs on behalf of defendant State Farm Fire & Casualty Co. pursuant to Fed. R. Civ. P. 56 should the trial court accept it.  Any objections must be specific, in writing and filed within fourteen days after being served electronically with this report.  28 U.S.C. § 636(b)(a); Fed. R. Civ.**

**P. 6(b), 72(b). A party's failure to object bars that part from entitlement to de novo review by the district judge of these proposed findings and recommendations and further bars appellate review except on the grounds of plaint error of unobjected-to factual finds and legal conclusions accepted by the district court.** *Douglass v. United Servs. Auto Ass'n,* **79 F.2d 1415 (5th Cir. 1996).**

THUS DONE AND SIGNED in Chambers at Lake Charles Louisiana, this 19 January 2010.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE