RECEIVED
IN LAKE CHARLES, LA.

APR - 6 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| NATHATN GRIFFITH, ETAL | : | DOCKET NO. 2:09-00567 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY CO., ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that all claims against defendant, Rick Fitts are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___6___ day of ___April___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE